## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

JYLL SONSTHAGEN,

                    Plaintiff,

      v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.

ORDER

21-cv-739-wmc

---

Pursuant to a joint motion for remand (dkt. #14) filed by the parties on April 26, 2022, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 26th day of April, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge